UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOUR EDDINE GHZIOUNA, | No. C06-1345-TSZ |
| Plaintiff, | |
| v. | ORDER |
| NEIL CLARK, | |
| Defendant. | |

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, and clarifies that Petitioner remains detained under INA § 236(c), 8 U.S.C. § 1226(c);

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

MINUTE ORDER  1–

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Filed and entered this 2nd day of May, 2007.

_____
Thomas S. Zilly
United States District Judge

MINUTE ORDER   2–